**FILED**

2016 APR 12 PM 4:01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: TH  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

March 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **16 CR 0767 DMS** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1204(a) – International Parental Kidnapping |
| ANA LORRIGAN, | |
| Defendant. | |

The Grand Jury charges:

Count 1

On or about and between a date unknown to the Grand Jury and April 13, 2011, within the Southern District of California and elsewhere, defendant ANA LORRIGAN did knowingly remove a child, to wit: K.L., from the United States with the intent to obstruct the lawful exercise of parental rights by Shawn Lorrigan; in violation of Title 18, United States Code, Section 1204(a).

Count 2

On or about and between a date unknown to the Grand Jury and April 13, 2011, within the Southern District of California and elsewhere, defendant ANA LORRIGAN did knowingly remove a child, to wit: J.L., from the United States with the intent to obstruct the lawful exercise of parental rights by Shawn Lorrigan; in violation of Title 18, United States Code, Section 1204(a).

AKP:nlv:San Diego:4/12/16

Count 3

From on or about April 11, 2011 to the present, within the Southern District of California and elsewhere, defendant ANA LORRIGAN, having removed a child, to wit: K.L., from the United States with the intent to obstruct the lawful exercise of parental rights by Shawn Lorrigan, knowingly retained K.L., a child who has been in the United States, outside of the United States, to wit: in the Philippines, to obstruct the lawful exercise of parental rights by Shawn Lorrigan; in violation of Title 18, United States Code, Section 1204(a).

Count 4

From on or about April 11, 2011 to the present, within the Southern District of California and elsewhere, defendant ANA LORRIGAN, having removed a child, to wit: J.L., from the United States with the intent to obstruct the lawful exercise of parental rights by Shawn Lorrigan, knowingly retained J.L., a child who has been in the United States, outside of the United States, to wit: in the Philippines, to obstruct the lawful exercise of parental rights by Shawn Lorrigan; in violation of Title 18, United States Code, Section 1204(a).

DATED: April 12, 2016.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ANNE KRISTINA PERRY
Assistant U.S. Attorney